(October 26, 1984)

■ In the Matter of SAMUEL D. WRIGHT, a Disbarred Attorney, Petitioner. — Petition by Samuel D. Wright, a disbarred attorney and counselor at law, for reinstatement and to have his name restored to the roll of attorneys and counselors at law.

Motion denied as premature. Mollen, P. J., Titone, Lazer, Gibbons and Bracken, JJ., concur.